IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATLANTIC RECORDING CORP.,                             No. C05-02581 CRB

       Plaintiff,                                                      **ORDER**

  v.

PAUL PANSOY,

       Defendant.
_____/

Upon representations of the parties that defendant has filed for the protection of the bankruptcy court GOOD CAUSE APPEARING THEREFOR:

    There appears to be no further reason at this time to maintain the file as an open one for statistical purposes.  Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

    Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

    **IT IS SO ORDERED.**

Dated:  October 12, 2005

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE